JOHN CAMPBELL, Respondent, v. HOWARD GABEL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BANK OF UNITED STATES, as Trustee under a Deed of Trust, Executed by REALTY FOUNDATION, INC., Appellant, v. MOE COHEN and HARRY KAPLAN, Defendants, Impleaded with SAM H. COHEN and HARRY COHEN, Respondents.— Order affirmed, with twenty dollars costs and disbursements, and the cause preferred and set for trial for April 17, 1933. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY MORRIS, Appellant, v. LOUIS I. HARRIS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Arbitration between the Assignees of LEOMINSTER WORSTED COMPANY, Appellant, and H. ERNSTBERGER & COMPANY, Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes to reverse and remit matter to the same arbitrators.

FRANK McNULTY, Respondent, v. SAMUEL UNGERLEIDER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

R. VICTOR LEIGHTON, Respondent, v. SAUL J. BARON, as Temporary Administrator of the Estate of ABRAHAM L. ERLANGER, Deceased, and A. L. ERLANGER AMUSEMENT ENTERPRISES, INC., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BANK OF AMERICA NATIONAL ASSOCIATION, Respondent, v. JACK STERN and Another, Defendants, Impleaded with LAWRENCE STERN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

N. A. N. A., INC., Appellant, v. LAKE & DANENHOWER, INC., Respondent.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARGARET C. STROH, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FREDERICK G. ROBERTS, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to serve an amended answer within ten days from service of order upon payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK DOCK TRADE FACILITIES CORPORATION, Respondent, v. ROCHAMBEAU GARDENS, INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.